V. Elizabeth Grayson (VG 2792)
Attorney at Law
270 Ninth Avenue
San Francisco, CA 94118
(415) 386-3367

Attorney for Plaintiff
Jet Star Enterprises, Ltd.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JET STAR ENTERPRISES LTD.,                          :
                                                    :
                Plaintiff,                          :
                                                    :
        -against-                                   :   05-CV-6585 (HB)
                                                    :
GEORGE SOROS, PERNENDU CHATTERJEE,                  :
DEUTSCHE BANK TRUST CO. AMERICAS,                   :
MORGAN STANLEY CS AVIATION                          :   **NOTICE OF MOTION**
HOLDINGS LLC, WELLS FARGO BANK                      :
NORTHWEST, N.A., AKIN, GUMP et al,                  :
BINGHAM, McCUTCHEON et al., SIDLEY,                 :   **Filed Electronically**
AUSTIN, et al, and MB STATUTORY TRUST,              :
                                                    :
                Defendants.                         :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all prior proceedings herein, the undersigned will move this Court before the Honorable Harold Baer, Jr., United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, at such time as the Court hereafter determines, for an order pursuant to Federal Rule of Civil Procedure 12(b) converting Defendants' pending Motion to Dismiss to a Motion for Summary Judgment, and staying further briefing and decision of said motion until discovery is completed. In the alternative, plaintiff moves the Court for an order striking

1

all matter outside the pleading from defendants' pending Motion to Dismiss. Plaintiff further moves this Court for an order vacating the briefing schedule on Defendant' Motion to Dismiss and propounding a briefing schedule for plaintiff's instant cross-motion.

Dated: San Francisco, California
October 8, 2005

              By /s/ V. Elizabeth Grayson
                  V. Elizabeth Grayson
                  Attorney at Law
                  270 Ninth Avenue
                  San Francisco, CA 94118
                  (415) 386-3367

                  Attorney for Plaintiff
                  Jet Star Enterprises. Ltd.

**TO:**

Lauren C. Gould, Esq.
Bingham, McCutcheon, LLP
399 Park Avenue
New York, N.Y. 10022
(212) 705-7000

Attorney for Defendants Deutsche Bank, Morgan Stanley CS Aviation Holding LLC, MB Statutory Trust, and Bingham, McCutcheon LLP


Kenneth J. King, Esq.
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, N.Y. 10036
(212) 336-2555

Attorneys for Akin, Gump, Hauer & Feld LLP

John L. Karesh, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, N.Y. 10022
(212) 407-6990

Attorneys for Wells Fargo Bank Northwest, N.A.


Lance J. Gotko, Esq.
Friedman Kaplan Seiler & Adelman, LLP
1633 Broadway
New York, N.Y. 10019
(212) 883-1115

Attorneys for Sidley Austin Brown & Wood, LLP


Raymond L. Fitzgerald, Esq.
Butler, Fitzgerald, Fiveson & McCarthy
350 Fifth Avenue
Suite 6215
New York, N.Y. 10118
(212) 615-2200

Attorneys for George Soros

Dustin F. Hecker, Esq.
Posternak Blankenstein & Lund, LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 973-6131

Attorneys for Pernendu Chatterjee

David A. Piedra, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, N.Y., 10022
(212) 735-8600

Local Counsel for Pernendu Chatterjee