Robert M. Dombroff (RD 6902)
Mark M. Elliott (ME 0840)
Lauren C. Gould (LG 1995)
Maryaneh Mona Simonian (MS 2654)
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, New York  10022
(212) 705-7000
*Attorneys for Defendants Deutsche Bank Trust Company Americas,*
*MB Statutory Trust, and Bingham McCutchen LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | | |
|---|---|---|
| JET STAR ENTERPRISES LTD., | : | |
| | : | |
| Plaintiff, | : | 05-CV-6585 (HB) |
| | : | |
| - against - | : | **NOTICE OF MOTION** |
| | : | |
| GEORGE SOROS, PURNENDU CHATTERJEE, | : | |
| DEUTSCHE BANK TRUST COMPANY | : | **Filed Electronically** |
| AMERICAS, WELLS FARGO BANK | : | |
| NORTHWEST, N.A., AKIN GUMP STRAUSS | : | |
| HAUER & FELD LLP, BINGHAM McCUTCHEN | : | |
| LLP, SIDLEY AUSTIN BROWN & WOOD LLP, and | : | |
| MB STATUTORY TRUST, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that, upon the annexed Declarations of Lauren C. Gould ("Gould Declaration"), and John I. Karesh ("Karesh Declaration") dated December 12, 2005, the exhibits annexed thereto, the accompanying Memorandum of Law and all prior proceedings herein, the undersigned will move this Court before the Honorable Harold Baer, Jr., United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, at such time as the Court hereafter determines, for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing

the First Amended Complaint herein on the grounds that (i) the amended complaint fails to state a claim upon which relief may be granted; and (ii) the amended complaint does not allege fraud with particularity as required by Fed. R. Civ. P. Rule 9(b); and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant the Stipulation entered into by the parties, dated November 21, 2005, answering papers, if any, are due on, or before, January 9, 2006.

**PLEASE TAKE FURTHER NOTICE** that, reply papers, if any, are due on, or before, January 16, 2006.

Dated: New York, New York
December 12, 2005

| BINGHAM McCUTCHEN LLP | VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C. |
|---|---|
| By:/s/ Lauren C. Gould<br>Robert M. Dombroff (RD 6902)<br>Mark M. Elliott (ME 0840)<br>Lauren C. Gould (LG 1995)<br>Maryaneh Mona Simonian (MS 2654)<br>399 Park Avenue<br>New York, New York 10022<br>(212) 705-7000<br>*Attorneys for Defendants Deutsche Bank Trust Company Americas, MB Statutory Trust, and Bingham McCutchen LLP* | By:/s/ John C. Grosz<br>John I. Karesh (JK 4280)<br>John C. Grosz (JG 6081)<br>805 Third Avenue<br>New York, New York 10022<br>(212) 407-6990<br>*Attorneys for Wells Fargo Bank Northwest, N.A.* |

| | |
|---|---|
| PATTERSON BELKNAP WEBB & TYLER, LLP | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
| By:/s/ Kenneth J. King<br>  Kenneth J. King (KK 3567)<br>  1133 Avenue of the Americas<br>  New York, New York 10036<br>  (212) 336-2555<br>  *Attorneys for Akin Gump Strauss Hauer & Feld LLP* | By:/s/ Lance J. Gotko<br>  Eric Seiler (ES 5437)<br>  Lance J. Gotko (LG 5443)<br>  Mala Ahuja Harker (MH 7176)<br>  1633 Broadway<br>  New York, New York 10019<br>  (212) 883-1115<br>  *Attorneys for Sidley Austin Brown & Wood LLP* |
| BUTLER, FITZGERALD, FIVESON & McCARTHY, P.C. | MORRISON COHEN LLP |
| By:/s/ Raymond L. Fitzgerald<br>  Raymond L. Fitzgerald (RF 9526)<br>  David J. McCarthy (DM 7910)<br>  350 Fifth Avenue<br>  Suite 6215<br>  New York, New York 10118<br>  (212) 615-2200<br>  *Attorneys for George Soros* | By:/s/ David A. Piedra<br>  David A. Piedra (DP 9693)<br>  909 Third Avenue<br>  New York, New York 10022<br>  (212) 735-8600<br><br>  *Of Counsel*<br><br>  Dustin F. Hecker<br>  Posternak Blankstein & Lund LLP<br>  The Prudential Tower<br>  800 Boylston Street<br>  Boston, MA 02199<br>  (617) 973-6131<br>  *Attorneys for Purnendu Chatterjee* |

**TO: Violet Elizabeth Grayson**
  Attorney at Law
  270 Ninth Avenue
  San Francisco, CA 94118
  (415) 386-3367
  *Attorney for Plaintiff Jet Star Enterprises, Ltd.*