ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-15-06

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Jet Star Enterprises, Ltd.,              :
                                         :
        Plaintiff,                       :       05 Civ. 6585 (HB)
                                         :
        -against-                        :       ORDER
                                         :
George Soros, et al.,                    :
                                         :
        Defendants.                      :
------------------------------------------------------X
```

**Hon. Harold Baer, Jr., District Judge:**

WHEREAS, the parties appeared before me on February 8, 2006 for oral argument on defendants' consolidated motion to dismiss plaintiff's amended complaint; it is hereby

ORDERED that, for the reasons set forth on the record at the oral argument, defendants' motion is GRANTED with respect to all claims against defendants Akin Gump Strauss Hauer & Feld, L.L.P., Bingham McCutcheon L.L.P., and Sidley Austin Brown & Wood, L.L.P.; and it is further

ORDERED that defendants' motion is DENIED with respect to all claims against George Soros, Purnendu Chatterjee, Deutsche Bank Trust Company Americas, Wells Fargo Bank Northwest, N.A., and the MB Statutory Trust; and it is further

ORDERED that all fact discovery will be completed by April 30, 2006 and any dispositive motions must be fully briefed by June 30, 2006. The Clerk of the Court is directed to close this motion and remove it from my docket.

SO ORDERED.

February 15, 2006
New York, New York

U.S.D.J.