Raymond Fitzgerald, Esq. (RF 9526)
David J. McCarthy, Esq. (DM 7910)
BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
Attorneys for Defendant George Soros
350 Fifth Avenue, Suite 6215
New York, NY 10118
(212) 615-2200
(212) 615-2215 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JET STAR ENTERPRISES LTD.,

                Plaintiff,

        v.                                  05 Civ. 6585 (HB)

GEORGE SOROS, PERNENDU CHATTERJEE,    **NOTICE OF MOTION**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, WELLS FARGO BANK    **Filed Electronically**
NORTHWEST, N.A., AKIN GUMP STRAUSS
HAUER & FELD LLP, BINGHAM McCUTCHEN
LLP, SIDLEY AUSTIN BROWN & WOOD LLP,
and MB STATUTORY TRUST,

                Defendants.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the Amended Complaint herein, the accompanying Rule 56.1 Statement of Defendants George Soros and Purnendu Chatterjee, the accompanying memorandum of law, the accompanying Declaration of George Soros, dated May 28, 2006, the accompanying Affidavits of James Walsh, Purnendu Chatterjee, and Raymond Fitzgerald, Nancy M. Dahl, and David Bell, sworn to on May 30, 2006, the exhibits thereto, as well as the Rule 56.1 Statement of Deutsche Bank Trust Company Americas ("Deutsche Bank"), dated May 30, 2006, the memorandum of law submitted by Deutsche Bank, and all prior pleadings and proceedings herein, Defendants George Soros and Purnendu Chatterjee will move this Court, before the Honorable Harold Baer, Jr., United Sates District Judge, in Courtroom 23B

at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on June 30, 2006, or as soon thereafter as counsel may be heard, for an Order pursuant to pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment dismissing the claims in the Amended Complaint asserted against them on the grounds that there is no genuine issue as to any material fact and that Defendants George Soros and Purnendu Chatterjee are entitled to judgment as a matter of law, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to stipulation among counsel, answering papers, if any, are due on or before June 19, 2006.

Dated: New York, New York
May 30, 2006

>BUTLER, FITZGERALD, FIVESON
> & McCARTHY
>A Professional Corporation
>
>By s/
>       Raymond Fitzgerald (RF 9526)
>Attorneys for Defendant George Soros
>350 Fifth Avenue, Suite 6215
>New York, New York 10118
>(212) 615-2200
>
>POSTERNAK BLANKSTEIN
> & LUND LLP
>
>By s/
>       Dustin F. Hecker, Esq. (DH 8473)
>Attorneys for Defendant Purnendu
>       Chatterjee
>800 Boylston Street
>Boston, MA 02199
>(617) 973-6131

TO:   Violet Elizabeth Grayson, Esq.
      Attorney at Law
      270 Ninth Avenue
      San Francisco, CA 94118
      (212) 386-3367
      Attorney for Plaintiff Jet Star Enterprises, Ltd.

STATE OF NEW YORK
                    ss.:
COUNTY OF NEW YORK

      RAYMOND Q. SPERLING, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at 350 Fifth Avenue, Suite 6215, New York, New York 10118. That on the 30th day of May, 2006 deponent served the within NOTICE OF MOTION upon:

      Violet Elizabeth Grayson, Esq.
      Attorney at Law
      270 Ninth Avenue
      San Francisco, California 94118

      shroux1@aol.com

      Attorney for Plaintiff Jet Star Enterprises Ltd.

via E-mail, Federal Express overnight delivery and by depositing a true copy of same enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State;

and that deponent served the within NOTICE OF MOTION by e-mail on May 30, 2006 and by Federal Express, overnight delivery, on May 31, 2006 upon:

| | |
|---|---|
| Lauren C. Gould, Esq.<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, New York 10022<br><br>lauren.gould@bingham.com<br><br>Attorneys for Defendants Deutsche Bank Trust Company Americas, Morgan Stanley CS Aviation Holdings, LLC, MB Statutory Trust, and Bingham McCutchen LLP | David A. Piedra, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, New York 10022<br><br>dpiedra@morrisoncohen.com<br><br>Attorneys for Defendant Pernendu Chatterjee (local counsel) |

Dustin F. Hecker, Esq.
Posternak Blankstein & Lund, LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199-8004

dhecker@pbl.com

Attorneys for Defendant Pernendu
Chatterjee (Lead Counsel)

John I. Karesh, Esq.
Vedder Price
805 Third Avenue
New York, New York 10022

jkaresh@vedderprice.com

Attorneys for Defendant Wells Fargo
Bank Northwest, N.A.

_____
RAYMOND Q. SPERLING

Sworn to before me this
31st day of May, 2006

_____
Notary Public

GERALDINE PERRY
Notary Public, State of New York
No. 01PE487-9187
Qualified in NY County
Commission Expires Dec. 1, 2006