UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

JET STAR ENTERPRISES LTD.

    Plaintiff,

v.

GEORGE SOROS, PURNENDU CHATTERJEE,
DEUTSCHE BANK TRUST CO. AMERICAS,
WELLS FARGO BANK NORTHWEST, N.A.,
and MB STATUTORY TRUST,

    Defendants.

———————————————————————X

05 Civ. 6585 (HB)

Filed Electronically

STATE OF NEW YORK
               ss.:
COUNTY OF NEW YORK

## REPLY AFFIDAVIT OF MARC ARONOWITZ

Marc Aronowitz, being duly sworn, deposes and says as follows:

1. I am an employee of Chatterjee Management Company ("CMC"). I make the following statements of my own knowledge, except as to those matters set forth in this affidavit as being based on my belief or understanding. With respect to the latter, I believe them to be true.

2. I understand that, on page 21 of its memorandum in opposition to the motion for summary judgment of the defendants George Soros and Purnendu Chatterjee, the plaintiff, Jet Star Enterprises Ltd. ("Jet Star"), makes the following statements:

"A letter mailed to CS Aviation at this address [888 Seventh Ave.] on March 4, 2004, by the New York State Department of Labor states: 'On the basis of information received, we have processed a partial transfer of experience from your account to Windshear Leasing LLC, Employer Registration Number 46 – 58149, effective July 21, 2003. This is in keeping with the provisions of New York State Unemployment Law, which provides for a transfer of experience when one employer acquires in whole or in part, the business of another.' The amount of the rescinded tax bill was $27,500.00." (Citations and emphasis omitted.)

3. I have the responsibility, at CMC, of monitoring legal and regulatory matters. Neither Dr. Chatterjee nor anyone else at CMC would have requested (or, to the best of my knowledge, did request) that the New York State Department of Labor transfer the experience rating of C-S Aviation, prior to July 21, 2003, to Windshear Leasing, LLC. Similarly, to the best of my knowledge, the State of New York has never asserted that Dr. Chatterjee had any liability whatsoever with respect to any unemployment taxes due from C-S Aviation or Windshear, whether in the amount of $27,500 or any other amount.

Sworn to under the pains and penalties of perjury this ___7th___ day of July, 2006.

_____
Marc Aronowitz

STATE OF NEW YORK
                    ss.:
COUNTY OF NEW YORK

RAYMOND Q. SPERLING, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at 350 Fifth Avenue, Suite 6215, New York, New York 10118. That on the 7th day of July, 2006 deponent served the within REPLY AFFIDAVIT OF MARC ARONOWITZ upon:

>	Violet Elizabeth Grayson, Esq.
>	Attorney at Law
>	270 Ninth Avenue
>	San Francisco, California 94118
>
>	shroux1@aol.com
>
>	Attorney for Plaintiff Jet Star Enterprises Ltd.

| Lauren C. Gould, Esq. | David A. Piedra, Esq. |
| --- | --- |
| Bingham McCutchen LLP | Morrison Cohen LLP |
| 399 Park Avenue | 909 Third Avenue |
| New York, New York 10022 | New York, New York 10022 |
| | |
| lauren.gould@bingham.com | dpiedra@morrisoncohen.com |
| | |
| Attorneys for Defendants Deutsche Bank Trust Company Americas, Morgan Stanley CS Aviation Holdings, LLC, MB Statutory Trust, and Bingham McCutchen LLP | Attorneys for Defendant Pernendu Chatterjee (local counsel) |

Dustin F. Hecker, Esq.
Posternak Blankstein & Lund, LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199-8004

dhecker@pbl.com

Attorneys for Defendant Pernendu
Chatterjee (Lead Counsel)

John I. Karesh, Esq.
Vedder Price
805 Third Avenue
New York, New York 10022

jkaresh@vedderprice.com

Attorneys for Defendant Wells Fargo
Bank Northwest, N.A.

by depositing a true copy of same enclosed in a post-paid wrapper, in an official depository

under the exclusive care and custody of the U.S. Postal Service within New York State;

_____
RAYMOND Q. SPERLING

Sworn to before me this

7th day of July, 2006

_____
Notary Public

GERALDINE PERRY
Notary Public, State of New York
No. 01PE487-9187
Qualified in ~~NY~~ County
Commission Expires Dec. 1, ~~19~~ 2006